**Dismiss and Opinion Filed March 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00985-CV

### MARIA E. ALCANTARA, Appellant
### V.
### AH4R-TX, LLC, A DELAWARE LIMITED LIABILITY COMPANY, Appellee

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. C113-058**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

Since filing her notice of appeal and affidavit of indigence in July 2012, appellant has taken no action in this appeal. She failed to appear on two separate dates for hearings scheduled on the court reporter's contest to her affidavit of indigence, resulting in the contest being sustained and the affidavit denied by the trial court. She also failed to respond to our February 5, 2014 letter cautioning her that, unless she paid the $175 appellate filing fee and the fee for the clerk's record by February 20, 2014, her appeal would be dismissed. *See* TEX. R. APP. P. 37.3(b), 42.3(b),(c). Accordingly, based on appellant's failure to prosecute and comply with our directives, we dismiss the appeal. *See* TEX. R. APP. P. 37.3(b), 42.3(b),(c).

130985F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARIA E. ALCANTARA, Appellant

No. 05-13-00985-CV     V.

AH4R-TX, LLC, A DELAWARE LIMITED
LIABILITY COMPANY, Appellee

On Appeal from the County Court at Law,
Rockwall County, Texas
Trial Court Cause No. C113-058.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee AH4R-TX, LLC, a Delaware Limited Liability Company, recover its costs, if any, of this appeal from appellant Maria E. Alcantara.

Judgment entered March 4, 2014

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE